Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2026

**BY ECF**
Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Keirina Boykin, 26 Cr. 75 (JAV)

Honorable Judge Vargas:

With the consent of the Government, I write to request a brief extension of the defense's sentencing submission deadline from Friday, November 6, 2026, to Monday, November 9, 2026.

The defense is awaiting receipt of additional mitigation materials that are important to the Court's consideration of the factors set forth in 18 U.S.C. § 3553(a), especially with respect to Ms. Boykin's history and characteristics and her need for treatment. The requested extension will allow counsel to receive and incorporate these materials into a complete sentencing submission.

As noted above, the Government consents to this extension. The defense further requests that the Government's deadline to submit its sentencing memorandum be extended to Monday, November 9, 2026, as well.

Respectfully submitted,

/s/ Zawadi Baharanyi

Zawadi Baharanyi

Assistant Federal Defender

(212) 417-8735/ (917) 612-2753

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 5, 2026

cc: Rebecca Delfiner, Assistant U.S. Attorney.