Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

November 18, 2026

**BY ECF**
Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

SO ORDERED:

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 18, 2026

Re: United States v. Keirina Boykin, 26 Cr. 75 (JAV)

Honorable Judge Vargas:

On behalf of Ms. Keirina Boykin, who is scheduled for sentencing on November 2026, I respectfully request that the Court direct the United States Marshals Service to return her to the Maryland Correctional Institution for Women within 30 days following sentencing so that Ms. Boykin can receive visits from her family in Maryland around the Christmas holiday.

As the Court is aware, Ms. Boykin is currently serving a 17-year state sentence in Maryland and was brought to this District pursuant to a *writ of habeas corpus ad prosequendum* for this federal prosecution. Following sentencing, her continued presence in this District will no longer be necessary, and the purposes of the writ will be satisfied.

Ms. Boykin's four minor children and mother all reside in Maryland and can visit her at the Maryland Correctional Institution for Women. The opportunity to see her children during the holidays would be particularly meaningful to Ms. Boykin and her family, who have already endured a lengthy separation during her incarceration.

Pursuant to 18 U.S.C. § 3621(d), the United States Marshals Service is authorized to return a prisoner to a correctional facility upon order of a federal court. Accordingly, Ms. Boykin respectfully requests that the Court issue an order directing the United States Marshals Service to arrange for her return to the Maryland Correctional Institution for Women within 30 days of sentencing, so that she may have the opportunity to receive visits from her children during the Christmas holidays.

Respectfully submitted,
/s/ Zawadi Baharanyi
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

cc: Rebecca Delfiner, Assistant U.S. Attorney.